UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                                                :

RICARDO VELASQUEZ,                                    :

                              Plaintiff,      :
                                                    :                        21-CV-8967 (VSB)
                -against-                     :
                                                    :                           **ORDER**

MG DRIVING SCHOOL AND              :
MULTISERVICE CORP., d/b/a MG DRIVING:
SCHOOL MULTISERVICE, and 1801       :
WESTCHESTER AVE. LLC,                :

                         Defendants. :

-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on November 1, 2021.  (Doc. 1).  Plaintiff filed an affidavit of service indicating that Defendants were served on November 17, 2021.  (Docs. 7–8.)  The deadline for Defendants to respond to Plaintiff's complaint was December 8, 2021.  (*See id.*)  Defendants never responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 21, 2022.  If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     January 3, 2022
              New York, New York                              _____
                                                                       VERNON S. BRODERICK
                                                                       United States District Judge