UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RICARDO VELASQUEZ,                                          :
:
                    Plaintiff,              :
:         21-CV-8967 (VSB)
      -against-                                       :
:              **ORDER**
MG DRIVING SCHOOL AND                                       :
MULTISERVICE CORP., d/b/a MG DRIVING :
SCHOOL MULTISERVICE, and 1801                               :
WESTCHESTER AVE. LLC,                                       :
:
                    Defendants.             :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       On January 3, 2022, after Defendants failed to appear in spite of affidavits of service indicating that they had been served, I entered an order directing Plaintiff to seek default judgment by no later than January 21, 2022.  (Doc. 9.)  In that order, I stated that "[i]f Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."  (*Id.*)  That deadline has passed, and Plaintiff has not sought default judgment.  Accordingly, it is hereby

       ORDERED that this action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk of Court is directed to terminate this action.

SO ORDERED.

Dated:    January 24, 2022
            New York, New York                             _____
                                                         VERNON S. BRODERICK
                                                         United States District Judge